O

JS - 6

Ccc: order, docket, remand letter to
Riverside County Superior Court,
Hemet Courthouse, No. HEC 1301601

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LNV Corporation,<br><br>             Plaintiff,<br><br>   v.<br><br>Kelly L. Randle, Fred Mitchell,<br><br>             Defendants.<br>_____ | Case No. EDCV 13-02301 DDP (DTB)<br><br>**ORDER REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |

    Plaintiff filed an unlawful detainer complaint against Defendants in state court on August 21, 2013. Defendants removed the action to this court on December 13, 2013 on the basis of federal question jurisdiction. It appears, however, that there is no federal subject matter jurisdiction in this action. Plaintiff's unlawful detainer complaint raises only issues of state law, and the amount in controversy does not appear to exceed $75,000.

    District courts have original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. Though Defendants assert various federal defenses, "[u]nder the longstanding well-pleaded complaint

rule, . . . a suit 'arises under' federal law only when the plaintiff's statement of his own cause of action shows that it is based upon federal law." Vaden v. Discover Bank, 556 U.S. 49, 60 (2009) (quotation, citation, and alteration omitted). "Federal law" cannot be predicated on a defense or counterclaim. Id. Defenses based on federal law are, therefore, insufficient to create federal jurisdiction. See HSBC Bank USA v. Santiago, No. CV 10-04127, 2011 WL 165382, at *1-2 (C.D. Cal. Jan. 18, 2011).

This court lacks subject matter jurisdiction over Plaintiff's complaint, and remands this case to state court.

IT IS SO ORDERED.

Dated: December 18, 2013

DEAN D. PREGERSON
United States District Judge

2